Pro Se 4 2016

FILED ___ LODGED ___ RECEIVED ___ MAIL

DEC 27 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Nathen Baker

_____

_____,

Plaintiff(s),

v.

Seattlewa.gov

_____

_____,

Defendant(s).

CASE NO. 22-cv-1842-LK
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE
ALLEGING BREACH OF
CONTRACT
(28 U.S.C. § 1332; Diversity of
Citizenship)

Jury Trial: ☐ Yes  ☐ No

I.  THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Nathen Baker
Street Address: 1521 D ST NE
City and County: Auburn   King
State and Zip Code: WA   98001
Telephone Number: 253-939-5950

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 1

Pro Se 4 2016

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Seattlewa.gov
Job or Title (if known):
Street Address:
City and County: Seattle  King
State and Zip Code: WA  98104
Telephone Number:

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 2

Pro Se 4 2016

1  Defendant No. 4
2      Name                               _____
3      Job or Title *(if known)*          _____
       Street Address                     _____
4      City and County                    _____
5      State and Zip Code                 _____
       Telephone Number                   _____
6

7
## II. BASIS FOR JURISDICTION
8

9   Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10  types of cases can be heard in federal court: cases involving a federal question and cases
11  involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12  the United States Constitution or federal laws or treaties is a federal question case. Under 28
13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14  the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16  What is the basis for federal court jurisdiction? (check all that apply)

17  ☐ Federal question        ☒ Diversity of citizenship

18  Fill out the paragraphs in this section that apply to this case.

19  A.  If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21  Constitution that are at issue in this case.
22      *Constitute Material Breach Seattlewa.gov*
23      *never should have Agreed plaintiff will*
24      *always be able to build himself Seattlewa.gov*

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 3

Pro Se 4 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) __Nathen Baker__, is a citizen of the State of (name) __Washington__.

        b. If the plaintiff is a corporation.

The plaintiff, (name) __Nathen Baker__, is incorporated under the laws of the State of (name) __Washington__, is incorporated under the laws of the State of (name) __Washington__, and has its principal place of business in the State of (name) __Washington__.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) __Seattlewa.gov__, is a citizen of the State of (name) __Washington__. Or is a citizen of (foreign nation) __America__.

        b. If the defendant is a corporation.

The defendant, (name) __Seattlewa.gov__, is incorporated under the laws of the State of (name) __Washington__, and has its principal place of business in the State of (name) __Washington__. Or is incorporated under the laws of (foreign nation) __Washington state__, and has its principal place of business in (name) __Washington State__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 4

Pro Se 4 2016

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*): $800 billion one company, Womans National Basketball Association, Kracken, Sounder FC, Mariners, Seattle Seahawks, Seattle Super Sonics

### IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The plaintiff, (*name*) Nathen Baker, and the defendant, (*name*) Seattlewa.gov, made an agreement or contract on (*date*) Begin datre. The agreement or contract was (*oral or written*) Oral. Under that agreement or contract, the parties were required to (*specify what the agreement or contract required each party to do*). Plaintiff Build all you want we will keep payment record all finance Plaintiff earns Sole owner Nathen Baker every building Companies.

The defendant failed to comply because (*specify what the defendant did or failed to do that failed to comply with what the agreement or contract required*). Constitute Material Breach.

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 5

Pro Se 4 2016

1     The plaintiff has complied with the plaintiff's obligations under the contract.

2                        **V.   RELIEF**

3 *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Plaintiff owns Seattlewa.gov all building I build and their finance Sole owner Nathen Baker Constitute.

                    **VI.   CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/24/2022

Signature of Plaintiff: Nathen Baker

Printed Name of Plaintiff: Nathen Baker

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT - 6

*Pro Se 4 2016*

| | |
|---|---|
| Date of signing: | 12/24/2022 |
| Signature of Plaintiff | *Nathen Baker* |
| Printed Name of Plaintiff | Nathen Baker |

| | |
|---|---|
| Date of signing: | 12/24/2022 |
| Signature of Plaintiff | *Nathen Baker* |
| Printed Name of Plaintiff | Nathen Baker |

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 7






**TO:** United States District Court
700 Stewart St, ste 2310
Seattle, WA 98101

**FROM:** Commander in Chief Nathan Baker
1526 D ST NE
Auburn, WA 98001

FILED
LODGED
RECEIVED

DEC 27 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

PRIORITY MAIL
US POSTAGE PAID $9.55
Origin: 98002
12/23/22
540493O182-12
1 Lb 5.50 Oz
RDC 05
C028

EXPECTED DELIVERY DAY: 12/24/22

SHIP TO:
700 STEWART ST
STE 2310
SEATTLE WA 98101-4442

USPS TRACKING #
9505 5156 3366 2357 0177 82